IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 23-00747-mjc |
| | : | |
| MICHAEL TACCETTA | : | Chapter 13 |
| | : | |
| Debtor | : | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, Christopher R. Momjian, Senior Deputy Attorney General, hereby enters an appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, and requests to be placed on the Court's electronic service list and to receive copies of all notices, pleadings, and other matters filed herein.

DATE: August 28, 2024

Respectfully submitted,

MICHELLE A. HENRY
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2424
Fax: (717) 772-4526
E-mail: crmomjian@attorneygeneral.gov

BY: */s/ Christopher R. Momjian*
CHRISTOPHER R. MOMJIAN
Senior Deputy Attorney General
PA Attorney No. 57482

MELISSA L. VAN ECK
Chief Deputy Attorney General