IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 23-00747-mjc |
| | : | |
| MICHAEL TACCETTA | : | Chapter 13 |
| | : | |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Christopher R. Momjian, hereby certify that Entry of Appearance and Request for Notice has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System.

DATE: August 28, 2024

Respectfully submitted,

MICHELLE A. HENRY
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2424
Fax: (717) 772-4526
E-mail: crmomjian@attorneygeneral.gov

BY: */s/ Christopher R. Momjian*
CHRISTOPHER R. MOMJIAN
Senior Deputy Attorney General
PA Attorney No. 57482

MELISSA L. VAN ECK
Chief Deputy Attorney General